114 F.3d 1173
 Dennis E. Sparano, Geraldine Sparano, Dennis Sparano, Jr.,
Sunny Marie Sparano, Emilio Venanzi, Florence Venanzi, Big E
Liquor Store, Inc., a New Jersey subchapter S corporation
owned by Florence Venazi
v.
Robert J. Del Tufo, Frederick P. De Vesa, Michael Bozza,
Robert T. Winter, James Mulvihill, Richard T. Carley, Steve
Resnich, Jay Hindman, Charels Waldron, Esq., Kenneth Bacsik,
Anthony Higham, Kenneth Hess, Unknown Electronic Technician
and/or Technicians,
 NO. 96-5359
 United States Court of Appeals,
Third Circuit.
 Apr 14, 1997
 Appeal From: D.N.J. ,No.94-0496
 
 1
 Affirmed.